# Supreme Court of Florida

_____

No. SC19-1897
_____

**IN RE:  AMENDMENTS TO THE FLORIDA SUPREME COURT APPROVED FAMILY LAW FORMS—FORMS 12.948(a)-(e)**

July 9, 2020

PER CURIAM.

This matter is before the Court for consideration of further amendments to the Florida Supreme Court Approved Family Law Forms.[1]  Previously in this case, the Court adopted new Florida Supreme Court Approved Family Law Forms 12.948(a)-(e), to implement the Uniform Deployed Parents Custody and Visitation Act, part IV of chapter 61, Florida Statutes (2018).  *In re Amendments to Fla. Supreme Court Approved Family Law Forms—Forms 12.948(a)-(e)*, 44 Fla. L. Weekly S273 (Fla. Dec. 5, 2019).  After adoption of the new forms, interested parties were permitted to file comments with the Court.  Two comments were received: one from the Orange County Clerk of Courts; the other from the Family

---

1.  We have jurisdiction.  *See* art. V, § 2(a), Fla. Const.

Law Section of The Florida Bar.

Upon consideration of the comments, and having received input from the Advisory Workgroup on the Florida Supreme Court Approved Family Law Forms, we adopt many of the suggestions therein, amending forms 12.948(a)-(e) to clarify and correct the forms as necessary and to revise the notary certificates to reflect new procedures for online notarization in accordance with section 117.05(13), Florida Statutes (2019). However, with regard to several comments received, including that the instructions to the forms be amended to add the Space Force to the list of "uniformed services" and to expand the definition of deployment, we conclude that such comments address provisions in the forms that track the statutory language, and thus, we are unable to change those provisions without changes to the statutes.

The amended forms are adopted as set forth in the appendix to this opinion, fully engrossed and ready for use. The forms shall become effective immediately upon release of this opinion. The forms may be accessed and downloaded from the Florida State Courts' website at http://www.flcourts.org/resources-and-services/court-improvement/family-courts/family-law-forms.stml. By adoption of the amended forms, we express no opinion as to their correctness or applicability.

It is so ordered.

CANADY, C.J., and POLSTON, LABARGA, LAWSON, MUÑIZ, and COURIEL, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Supreme Court Approved Family Law Forms

Douglas A. Greenbaum, Chair, Fort Lauderdale, Florida, Amy Hamlin, Past Chair, Family Law Section of The Florida Bar, Altamonte Springs, Florida, K. Beth Luna, Co-Chair, Jacksonville, Florida, Kristin Kirkner, Co-Chair, Tampa, Florida, and Anthony M. Genova, Past Co-Chair, Rules and Forms Committee, Family Law Section of The Florida Bar, Miami, Florida; and Sonite Metayer, Orlando, Florida,

Responding with comments

# APPENDIX

# INSTRUCTIONS FOR FLORIDA SUPREME COURT APPROVED
## FAMILY LAW FORM 12.948(a)
## AGREEMENT GRANTING TEMPORARY CUSTODIAL
## RESPONSIBILITY DURING DEPLOYMENT
## (07/20)

## When should this form be used?

This form should be used when one parent who is a **servicemember** is being **deployed** and the parties wish to temporarily establish or change the custodial responsibility, parenting plan, or time-sharing schedule.

A servicemember is a member of the **uniformed services** and includes:

- Active and reserve components of the Army, Navy, Air Force, Marine Corps, or the Coast Guard of the United States;
- The United States Merchant Marine;
- The commissioned corps of the United States Public Health Service;
- The commissioned corps of the National Oceanic and Atmospheric Administration;
- The National Guard of a state or territory of the United States, Puerto Rico, or the District of Columbia.

**Deployment** means the movement or mobilization of a servicemember for less than 18 months pursuant to uniformed service orders that:

- Are designated as unaccompanied;
- Do not authorize dependent travel; or
- Otherwise do not permit the movement of family members to the location to which the service member is deployed.

**Custodial responsibility** includes all the powers and duties relating to caretaking authority and decisionmaking authority for a child. It includes physical custody, legal custody, parental responsibility, parenting time, right to access, time-sharing, visitation, and authority to grant limited contact with a child.

**Caretaking authority** means the right to live with and care for a child on a day-to-day basis. The term includes physical custody, parenting time, right to access, time-sharing, and visitation.

Instructions for Florida Supreme Court Approved Family Law Form 12.948(a), Agreement for Temporary Custodial Responsibility During Deployment (07/20)

- 4 -

**Decisionmaking authority** means the power to make important decisions regarding a child's education, religious training, health care, extracurricular activities, and travel. The term does not include the power to make decisions that necessarily accompany a grant of caretaking authority.

**Limited contact** means the authority of a Nonparent to visit a child for a limited time. The term includes authority to take the child to a place other than the child's residence**.**

This agreement is temporary and automatically terminates 30 days after the Deploying Parent gives notice of his/her return from deployment to the Other Parent, unless the parties agree otherwise in writing or in a record, or the agreement has been terminated by court order.

A Nonparent who is an adult family member of the child or a non-family member with whom the child has a **close and substantial relationship** may be granted temporary caretaking authority, decisionmaking authority, and/or limited contact.  A close and substantial relationship means a positive relationship of substantial duration and depth in which a significant emotional bond exists between a child and a Nonparent.

**The Agreement Granting Temporary Custodial Responsibility During Deployment must**:

- To the extent permissible, identify the destination, duration, and conditions of the deployment that is the basis for the agreement;

- Specify the allocation of caretaking authority among the Deploying Parent, the Other Parent, and any agreed-upon Nonparent;

- Specify any decisionmaking authority that accompanies a grant of caretaking authority;

- Specify any grant of limited contact to an agreed-upon Nonparent;

- Provide a process to resolve any dispute that may arise if custodial responsibility is shared by the Other Parent and an agreed-upon Nonparent, or by other agreed-upon Nonparents.

- Specify the frequency, duration, and means, including electronic means, by which the Deploying Parent will have contact with the children, any role to be played by the Other Parent or agreed-upon Nonparent in facilitating the contact, and the allocation of costs of contact;

- Specify contact between the Deploying Parent and children during the time the Deploying Parent is on leave or is otherwise available;

- Acknowledge that the agreement does not modify any existing child support obligation and that changing the terms of the obligation during deployment requires modification in the appropriate court;

- Provide that the agreement will terminate 30 days after the Deploying Parent gives notice of his/her return from deployment to the Other Parent, or as otherwise agreed upon in writing or in a record by the Deploying Parent and the Other Parent; and

- Specify which parent is required to file the agreement with the court.

Instructions for Florida Supreme Court Approved Family Law Form 12.948(a), Agreement for Temporary Custodial Responsibility During Deployment (07/20)

- 5 -

**Omission of any of the above does not invalidate the agreement.**

This standard form does not include every possible issue that may be relevant to the facts of your case. The Agreement should be as detailed as possible to address the needs of the children. In developing the Agreement, you may wish to consult or review other materials which are available at your local library, law library or through national and state family organizations.

## What should I do next?

This form should be typed or printed in black ink. **You must fill in all sections of the form.** After completing the form, you should sign the form before a **notary public** or **deputy clerk. A military member may sign before an officer authorized to administer oaths.**

For your case to proceed, you must properly notify the court by filing the original of the Agreement and a **Motion for Temporary Order Granting Custodial Responsibility During Deployment**, Florida Supreme Court Approved Family Law Form, 12.948(b), with the clerk of the circuit court. You should file the original with the **clerk of the circuit court** and keep a copy for your records. The Motion must be filed in a pending proceeding for custodial responsibility or an existing case if you have one. The caption and case number must be on the agreement. If there is not a pending proceeding, the motion must be filed in a new action. The court must have jurisdiction under the Uniform Child Custody Jurisdiction and Enforcement Act. Each party to the agreement and any nonparent exercising caretaking authority must sign the agreement with their complete street address, (Post Office Box is not acceptable except for deployed members), telephone number, and e-mail address if available. Use of an e-mail address is encouraged.

If you have filed all of the required papers, you may contact the clerk of court, family law intake staff or the judicial assistant to set a hearing. You must notify the other party(ies) of the hearing by using a **Notice of Hearing (General)**, Florida Supreme Court Approved Family Law Form 12.923, or other appropriate notice of hearing form. If the Motion for Temporary Order Granting Custodial Responsibility During Deployment is filed before the deploying parent deploys, you may request an expedited hearing. The court will then enter an order after the hearing.

## IMPORTANT INFORMATION REGARDING E-FILING

The Florida Rules of Judicial Administration now require that all petitions, pleadings, and documents be filed electronically except in certain circumstances. **Self-represented litigants may file petitions or other pleadings or documents electronically; however, they are not required to do so.** If you choose to file your pleadings or other documents electronically, you must do so in accordance with Florida Rule of Judicial Administration 2.525, and you must follow the procedures of the judicial circuit in which you file. **The rules and procedures should be carefully read and followed.**

## IMPORTANT INFORMATION REGARDING E-SERVICE ELECTION

After the initial service of process of the petition or supplemental petition by the Sheriff or certified process server, the Florida Rules of Judicial Administration now require that all documents required or permitted to be served on the other party must be served by electronic

Instructions for Florida Supreme Court Approved Family Law Form 12.948(a), Agreement for Temporary Custodial Responsibility During Deployment (07/20)

- 6 -

mail (e-mail) except in certain circumstances. **You must strictly comply with the format requirements set forth in the Rules of Judicial Administration.** If you elect to participate in electronic service, which means serving or receiving pleadings by electronic mail (e-mail), or through the Florida Courts E-Filing Portal, you **must** review Florida Rule of Judicial Administration 2.516. You may find this rule at www.flcourts.org through the link to the Rules of Judicial Administration provided under either Family Law Forms: Getting Started, or Rules of Court in the A-Z Topical Index.

**SELF-REPRESENTED LITIGANTS MAY SERVE DOCUMENTS BY E-MAIL; HOWEVER, THEY ARE NOT REQUIRED TO DO SO.** If a self-represented litigant elects to serve and receive documents by e-mail, the procedures must always be followed once the initial election is made.

To serve and receive documents by e-mail, you must designate your e-mail addresses by using the **Designation of Current Mailing and E-mail Address**, Florida Supreme Court Approved Family Law Form 12.915, and you must provide your e-mail address on each form on which your signature appears. Please **CAREFULLY** read the rules and instructions for: **Certificate of Service (General),** Florida Supreme Court Approved Family Law Form 12.914; **Designation of Current Mailing and E-mail Address**, Florida Supreme Court Approved Family Law Form 12.915; and Florida Rule of Judicial Administration 2.516.

## Where can I look for more information?

**Before proceeding, you should read "General Information for Self-Represented Litigants" found at the beginning of these forms.** The words that are in **"bold underline"** in these instructions are defined there. For further information, see chapter 61.703-61.773, Florida Statutes.

## Special Notes

**Nonlawyer.** Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of a **Disclosure from Nonlawyer**, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms **must** put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.

Instructions for Florida Supreme Court Approved Family Law Form 12.948(a), Agreement for Temporary Custodial Responsibility During Deployment (07/20)

- 7 -

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT,

IN AND FOR _____ COUNTY, FLORIDA

Case No: _____

Division: _____

_____,
Petitioner,

And

_____,
Respondent.

# AGREEMENT FOR TEMPORARY CUSTODIAL RESPONSIBILITY DURING DEPLOYMENT

We, *{full legal names}* _____, Petitioner,
_____, Respondent, and
*(if applicable)* _____, Nonparent(s)
being sworn, certify that the following information is true:

The dependent or minor children referred to in this Agreement are*:*

| Name(s) | Birth Date(s) |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**SECTION I: JURISDICTION**

1. The Court has jurisdiction under the Uniform Child Custody Jurisdiction and Enforcement Act.

Florida Supreme Court Approved Family Law Form 12.948(a), Agreement for Temporary Custodial Responsibility During Deployment. (07/20)

2. This Agreement is not prohibited by the Servicemembers Civil Relief Act, Title 50, U.S.C. ss. 3901-4043.

3. A final judgment establishing custodial responsibility or a Parenting Plan with a time-sharing schedule _____ has _____ has **not** been previously entered by the court.


**SECTION II: DEPLOYMENT**


1. _____ is being deployed for a period of less than 18 months pursuant to uniformed service orders.

2. To the extent that it is permissible to provide this information, the destination of the deployment is:
_____
_____.

3. To the extent that it is permissible to provide this information, the anticipated duration of the deployment is:
_____
_____.

4. To the extent that it is permissible to provide this information, the conditions of the deployment which are the basis for this Agreement are:
_____
_____
_____
_____
_____.


**SECTION III:  CARETAKING AND DECISIONMAKING AUTHORITY**

>**Caretaking authority** means the right to live with and care for the children on a day-to-day basis. The term includes physical custody, parenting time, right to access, time-sharing and visitation.

>**Decisionmaking authority** means the power to make important decisions regarding the children, including decisions regarding the children's education, religious training health care, extracurricular activities, and travel. The term does not include the power to make decisions that necessarily accompany a grant of caretaking authority.

>The allocations of caretaking and decisionmaking authority are as follows:

1. **Deploying Parent:**
   Caretaking authority: _____
   _____
   _____
   _____
   _____.

Florida Supreme Court Approved Family Law Form 12.948(a), Agreement for Temporary Custodial Responsibility During Deployment. (07/20)

- 9 -

Decisionmaking authority: _____
_____
_____
_____.

2. **Other Parent**:
   Caretaking authority:_____
   _____
   _____
   _____
   _____
   _____.
   Decisionmaking authority:_____
   _____
   _____
   _____.

3. **Agreed Nonparent:**
   Caretaking authority:_____
   _____
   _____
   _____
   _____.
   Decisionmaking authority: _____
   _____
   _____
   _____.

4. This Agreement does not in any way create an independent, continuing right to caretaking authority, decisionmaking authority, or limited contact for an individual granted custodial responsibility.

**SECTION IV: DEPLOYING PARENT CONTACT WITH CHILD**

   1. **Specify the contact between the Deploying Parent and the children:**
      a) Frequency: _____
         _____
         _____.
      b) Duration: _____
         _____
         _____.
      c) Means, Including Electronic: _____
         _____
         _____
         _____.
      d) Role of Other Parent in Facilitating Contact: _____
         _____

Florida Supreme Court Approved Family Law Form 12.948(a), Agreement for Temporary Custodial Responsibility During Deployment. (07/20)

- 10 -

_____

_____.

    e)   Role of Agreed Nonparent in Facilitating Contact: _____-

        _____

        _____

        _____

        _____.

    f)   Allocation of Any Costs of Contact: _____

        _____

        _____

        _____.

2. **Specify the contact between the Deploying Parent and the children during the time the Deploying Parent is on leave or is otherwise available**

_____

_____

_____

_____.

## SECTION V: AGREED NONPARENT LIMITED CONTACT WITH THE CHILD

**Specify the limited contact an agreed Nonparent has with the children. This means the authority of the Nonparent to visit with the children for a limited time. It includes the authority to take the children to a place other than the children's residence.** Each Nonparent who, pursuant to this Agreement, will exercise caretaking authority, must sign this Agreement and provide their complete name, physical street address, telephone number, and e-mail if they have an e-mail address.

_____

_____

_____

_____

_____.

## SECTION VI: DISPUTE RESOLUTION

If custodial responsibility is shared by the Other Parent and an Agreed Nonparent or Nonparents, any disputes will be resolved by: _____

_____

_____.

The Other Parent and the Agreed Nonparent(s) may wish to use mediation or other dispute resolution methods and assistance, such as Parenting Coordinators and Parenting Counselors, before filing a court action.

Florida Supreme Court Approved Family Law Form 12.948(a), Agreement for Temporary Custodial Responsibility During Deployment. (07/20)

- 11 -

**SECTION VII: CHILD SUPPORT**

This Agreement does not modify any existing child support obligation; changing the terms of the obligation during deployment requires modification in the appropriate court.

**SECTION VIII: TERMINATION OF AGREEMENT**

This Agreement is temporary and will automatically terminate 30 days after the Deploying Parent gives notice of his/her return from deployment to the Other Parent, unless the parties agree otherwise in writing or in a record, or the Agreement is terminated by court order.

**SECTION IX:  FILING OF AGREEMENT**

Parent *{name}*_____ is responsible for the filing of the Agreement. The Agreement must be filed within a reasonable time with the court that has entered an order in effect relating to custodial responsibility or child support concerning the children who is the subject of this Agreement.

**SECTION X: OTHER**

_____
_____
_____
_____
_____
_____.

Florida Supreme Court Approved Family Law Form 12.948(a), Agreement for Temporary Custodial Responsibility During Deployment. (07/20)

- 12 -

**I certify that I have been open and honest in entering into this Agreement. I am satisfied with this Agreement and intend to be bound by it.**

Dated: _____      _____

Signature of Deploying Parent
Printed Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
Designated E-mail Address(es):_____

_____

STATE OF FLORIDA
COUNTY OF _____

Sworn to or affirmed and subscribed before me by means of_____ physical presence or _____ online notarization this _____ day of _____, *{year}* _____ by *{name of person making statement}* _____.

_____
NOTARY PUBLIC, DEPUTY CLERK, or MILITARY OFFICER AUTHORIZED TO ADMINISTER OATHS

_____
*[Print, type, or stamp commissioned name of notary.]*

_____ Personally known

_____ Produced identification

_____ Type of identification produced _____

Florida Supreme Court Approved Family Law Form 12.948(a), Agreement for Temporary Custodial Responsibility During Deployment. (07/20)

- 13 -

**I certify that I have been open and honest in entering into this Agreement. I am satisfied with this Agreement and intend to be bound by it.**


Dated: _____          _____

Signature of Other Parent
Printed Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
Designated E-mail Address(es):_____

_____


STATE OF FLORIDA

COUNTY OF _____


Sworn to or affirmed and subscribed before me by means of_____ physical presence or _____ online notarization this _____ day of _____, {year} _____ by {name of person making statement} _____.


_____

NOTARY PUBLIC, DEPUTY CLERK, or MILITARY OFFICER AUTHORIZED TO ADMINISTER OATHS


_____

[Print, type, or stamp commissioned name of notary.]


_____ Personally known

_____ Produced identification

_____ Type of identification produced _____

Florida Supreme Court Approved Family Law Form 12.948(a), Agreement for Temporary Custodial Responsibility During Deployment. (07/20)

- 14 -

**IF A NONPARENT IS GRANTED IS GRANTED CUSTODIAL RESPONSIBILTY DURING DEPLOYMENT:**

**I certify that I have been open and honest in entering into this Agreement. I am satisfied with this Agreement and intend to be bound by it.**

Dated: _____

_____
Signature of Nonparent
Printed Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
Designated E-mail Address(es):_____

_____

STATE OF FLORIDA

COUNTY OF _____

Sworn to or affirmed and subscribed before me by means of_____ physical presence or _____ online notarization this _____ day of _____, {year} _____ by {name of person making statement} _____.

_____
NOTARY PUBLIC or DEPUTY CLERK

_____
*[Print, type, or stamp commissioned name of notary.]*

_____ Personally known

_____ Produced identification

_____ Type of identification produced _____

Florida Supreme Court Approved Family Law Form 12.948(a), Agreement for Temporary Custodial Responsibility During Deployment. (07/20)

- 15 -

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:** [fill in **all** blanks]

This form was prepared for the: *{choose only one}* _____Petitioner _____ Respondent _____Nonparent.

This form was completed with the assistance of:

*{name of individual}* _____,

*{name of business}* _____,

*{address}* _____,

*{city}* _____, *{state}*____, *{zip code}* _____, *{telephone number}* _____.

Florida Supreme Court Approved Family Law Form 12.948(a), Agreement for Temporary Custodial Responsibility During Deployment. (07/20)

- 16 -

# INSTRUCTIONS FOR FLORIDA SUPREME COURT APPROVED FAMILY LAW FORM 12.948(b)
## MOTION FOR TEMPORARY ORDER GRANTING CUSTODIAL RESPONSIBILITY DURING DEPLOYMENT
## (07/20)

### When should this form be used?

This form should be used when one parent who is a **servicemember** is being **deployed** and either parent wishes to temporarily establish or change the custodial responsibility, parenting plan, or time-sharing schedule. This form cannot be used unless paternity has been established, whether or not parental responsibility, a parenting plan, and/or a time-sharing schedule have been established. This form should not be used if the action is prohibited by the Service Members Civil Relief Act, 50 U.S.C. ss. 3901-4043. The Motion should be filed *after* a parent receives a Notice of Deployment.

A servicemember is a member of the **uniformed services** and includes:
- Active and reserve components of the Army, Navy, Air Force, Marine Corps, or the Coast Guard of the United States
- The United States Merchant Marine
- The commissioned corps of the United States Public Health Service
- The commissioned corps of the National Oceanic and Atmospheric Administration
- The National Guard of a state or territory of the United States, Puerto Rico, or the District of Columbia

**Deployment** means the movement or mobilization of a servicemember for less than 18 months pursuant to uniformed service orders that:
- Are designated as unaccompanied;
- Do not authorize dependent travel; or
- Otherwise do not permit the movement of family members to the location to which the service member is deployed.

**Custodial responsibility** includes all the powers and duties relating to caretaking authority and decisionmaking authority for a child. It includes physical custody, legal custody, parental responsibility, parenting time, right to access, time-sharing, visitation, and authority to grant limited contact with a child.

**Caretaking authority** means the right to live with and care for a child on a day-to-day basis. The term includes physical custody, parenting time, right to access, time-sharing, and visitation.

**Decisionmaking authority** means the power to make important decisions regarding a child, including decisions regarding a child's education, religious training, health care, extracurricular activities, and travel. The term does not include the power to make decisions that necessarily accompany a grant of caretaking authority.

**Limited contact** means the authority of a Nonparent to visit a child for a limited time. The term includes

Instructions for Florida Supreme Court Approved Family Law Form 12.948(b), Motion for Temporary Order Granting Custodial Responsibility During Deployment. (07/20)

- 17 -

authority to take the child to a place other than the child's residence.

A Nonparent who is an adult family member of the child or a non-family member with whom the child has a **close and substantial relationship** may be granted temporary caretaking authority.  A close and substantial relationship means a positive relationship of substantial duration and depth in which a significant emotional bond exists between a child and a Nonparent.

## What should I do next?

This form should be typed or printed in black ink. After completing this form, you should sign the form before a **notary public** or **deputy clerk or in the case of an active duty member, before an officer authorized to administer oaths**.

You should file the original with the **clerk of the circuit court** and keep a copy for your records.  The Motion must be filed in a pending proceeding for custodial responsibility or an existing case if you have one. If there is not a pending proceeding, the motion must be filed in a new action.  The court must have jurisdiction under the Uniform Child Custody Jurisdiction and Enforcement Act.

If you have filed all of the required papers, you may contact the clerk of court, family law intake staff or the judicial assistant to set a hearing.  You must notify the other party(ies) of the hearing by using a **Notice of Hearing (General)**, Florida Supreme Court Approved Family Law Form 12.923, or other appropriate notice of hearing form.  If the Motion for Temporary Order Granting Custodial Responsibility During Deployment is filed before the deploying parent deploys, you may request an expedited hearing. The court will then enter an order after the hearing.

## IMPORTANT INFORMATION REGARDING E-FILING

The Florida Rules of Judicial Administration now require that all petitions, pleadings, and documents be filed electronically except in certain circumstances. **Self-represented litigants may file petitions or other pleadings or documents electronically; however, they are not required to do so.** If you choose to file your pleadings or other documents electronically, you must do so in accordance with Florida Rule of Judicial Administration 2.525, and you must follow the procedures of the judicial circuit in which you file. **The rules and procedures should be carefully read and followed.**

## IMPORTANT INFORMATION REGARDING E-SERVICE ELECTION

After the initial service of process of the petition or supplemental petition by the Sheriff or certified process server, the Florida Rules of Judicial Administration now require that all documents required or permitted to be served on the other party must be served by electronic mail (e-mail) except in certain circumstances. **You must strictly comply with the format requirements set forth in the Rules of Judicial Administration.**

**SELF-REPRESENTED LITIGANTS MAY SERVE DOCUMENTS BY E-MAIL; HOWEVER, THEY ARE NOT REQUIRED TO DO SO.**  If a self-represented litigant elects to serve and receive documents by e-mail, the procedures must always be followed once the initial election is made. If you elect to participate in

Instructions for Florida Supreme Court Approved Family Law Form 12.948(b), Motion for Temporary Order Granting Custodial Responsibility During Deployment. (07/20)

- 18 -

electronic service, which means serving or receiving pleadings by electronic mail (e-mail), or through the Florida Courts E-Filing Portal, you **must** review Florida Rule of Judicial Administration 2.516. You many find this rule at www.flcourts.org through the link to the Rules of Judicial Administration provided under either Family Law Forms: Getting Started, or Rules of Court in the A-Z Topical Index.

To serve and receive documents by e-mail, you must designate your e-mail addresses by using the **Designation of Current Mailing and E-mail Address**, Florida Supreme Court Approved Family Law Form 12.915, and you must provide your e-mail address on each form on which your signature appears. Please **CAREFULLY** read the rules and instructions for: **Certificate of Service (General),** Florida Supreme Court Approved Family Law Form 12.914; **Designation of Current Mailing and E-mail Address**, Florida Supreme Court Approved Family Law Form 12.915; and Florida Rule of Judicial Administration 2.516.

## Where can I look for more information?

**Before proceeding, you should read General Information for Self-Represented Litigants found at the beginning of these forms.** The words that are in **"bold underline"** in these instructions are defined there. For further information, see sections 61.703-61.773, Florida Statutes.

## Special notes

If you do not have the money to pay the filing fee, you may obtain an Application for Determination of Civil Indigent Status from the clerk, fill it out, and the clerk will determine whether you are eligible to have filing fees deferred.

With this form, you must also file the following:

- **Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA) Affidavit**, Florida Supreme Court Approved Family Law Form 12.902(d).

- **Settlement Agreement**, if you have reached an agreement on any or all of the issues, you should file an **Agreement Granting Temporary Custodial Responsibility During Deployment**, Florida Supreme Court Approved Family Law Form 12.948(a).

- **Notice of Social Security Number**, Florida Supreme Court Approved Family Law Form 12.902(j), if not previously filed.

**Nonlawyer.** Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of a **Disclosure from Nonlawyer**, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms also **must** put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.

Instructions for Florida Supreme Court Approved Family Law Form 12.948(b), Motion for Temporary Order Granting Custodial Responsibility During Deployment. (07/20)

- 19 -

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT,

IN AND FOR _____ COUNTY, FLORIDA

Case No: _____

Division: _____

_____,

Petitioner,

And

_____,

Respondent.

# MOTION FOR TEMPORARY ORDER GRANTING CUSTODIAL RESPONSIBILITY DURING DEPLOYMENT

I, *{full legal name}* _____, being sworn, certify that the following information is true:

1. A final judgment or order establishing custodial responsibility or a Parenting Plan with a time-sharing schedule _____ has _____has **not** been previously entered by the court. If a final judgment or order has been entered, the date of the last order or judgment is _____.
   *{A copy/copies of the final judgment or any modification(s) is/are attached.}*

2. The parent, *{name}* _____, has received a notice of deployment that he/she is subject to deployment on or about *{specific date}* _____ **for a period of less than 18 months**.

3. This motion _____ is _____ is **not** being filed before the Deploying Parent deploys.
   I _____ am _____ am **not** requesting an expedited hearing in accordance with the statute.

4. The Deploying Parent is temporarily unable to continue the current parenting plan and time-sharing schedule with the minor children during the period of time that the parent is deployed.

5. The parties _____ have _____ have **not** reached an agreement regarding Temporary Custodial Responsibility during deployment. If the parties have reached an agreement, an Agreement Granting Temporary Custodial Responsibility During Deployment is filed with this Motion.

Florida Supreme Court Approved Family Law Form 12.948(b), Motion for Temporary Order Granting Custodial Responsibility During Deployment. (07/20)

6. I _____ am _____ am **not** requesting that a Nonparent(s) be granted temporary custodial responsibility during the deployment. The Nonparent (s) is/are:
*{Name(s)}* _____ .

7. I _____ am _____ am **not** requesting that a Nonparent(s) be granted decisionmaking authority due to the operational constraints of the deployment. The Nonparent(s) is/are:
*{Name(s)}* _____ .

The decisionmaking powers are as follows: _____

_____ .

8. I _____ am _____ am **not** requesting that a Nonparent(s) be granted temporary caretaking authority. The Nonparent(s) is/are: *{Name}*_____ .

9. I request the following contact during deployment: _____

_____

_____ .

*{_____ Please indicate if additional pages are included}*

10. The relief I am requesting is in the best interests of the children because: _____

_____

_____ .

11. If the motion is granted, I request the court to:

_____Enter a temporary order for child support from the Deploying Parent to the Other Parent pursuant to s. 61.30, F.S.;

_____Suspend, abate, or reduce the child support obligation of the Other Parent until the custody judgment or time-sharing order previously in effect is reinstated.

_____ Require the Deploying Parent to enroll the child as a military dependent with DEERS, TriCare, or other similar benefits available to the military dependents as provided by the Deploying Parent's branch of service.

12. If establishment or modification of child support is requested, a completed Family Law Financial Affidavit, Florida Family Law Rules of Procedure Form 12.902(b) or (c) **and** a Child Support Guidelines Worksheet, Florida Family Law Rules of Procedure Form 12.902(e) is, or will be, filed.

13. A completed Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA) Affidavit, Florida Supreme Court Approved Family Law Form 12.902(d), is filed with this motion

Florida Supreme Court Approved Family Law Form 12.948(b), Motion for Temporary Order Granting Custodial Responsibility During Deployment. (07/20)

- 21 -

14. I understand that any Order entered pursuant to this Motion automatically terminates 30 days after the Deploying Parent gives notice of his/her return from deployment to the Other Parent, unless the parties agree otherwise in writing or in a record, or the court has already terminated the Order.

15. Other:

_____
_____
_____
_____

**CERTIFICATE OF SERVICE**

I certify that a copy of this Motion for Temporary Order Granting of Custodial Responsibility During Deployment was _____ mailed _____ faxed and mailed _____ e-mailed _____hand-delivered to the parties and any entities listed below on {*date*}_____.

_____

*{Signature of Petitioner}*

**Deploying Parent or his/her attorney**

Name_____

Address: _____

City, State, Zip: _____

Fax Number: _____

Designated E-Mail Address(es) _____

_____

**Other Parent or his/her attorney**

Name_____

Address: _____

City, State, Zip: _____

Fax Number: _____

Designated E-Mail Address(es) _____

_____

Florida Supreme Court Approved Family Law Form 12.948(b), Motion for Temporary Order Granting Custodial Responsibility During Deployment. (07/20)

**Nonparent or his/her attorney**

Name_____

Address: _____

City, State, Zip: _____

Fax Number: _____

Designated E-Mail Address(es) _____

_____

**I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this motion and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

Florida Supreme Court Approved Family Law Form 12.948(b), Motion for Temporary Order Granting Custodial Responsibility During Deployment. (07/20)

- 23 -

Dated: _____                    _____

                                                  Signature of Petitioner

                                                  Printed Name: _____

                                                  Address: _____

                                                  City, State, Zip: _____

                                                  Telephone Number: _____

                                                  Fax Number: _____

                                                  Designated E-mail Address(es):_____

                                                  _____

STATE OF FLORIDA

COUNTY OF _____

Sworn to or affirmed and subscribed before me by means of _____ physical presence or

_____ online notarization this _____ day of _____, *{year}* _____ by

*{name of person making statement}*_____.

                                                  _____

                                                  NOTARY PUBLIC, DEPUTY CLERK, or MILITARY

                                                  OFFICER AUTHORIZED TO ADMINISTER OATHS

                                                  _____

                                                  *[Print, type, or stamp commissioned name of notary.]*

_____ Personally known

_____ Produced identification

_____ Type of identification produced _____

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**

Florida Supreme Court Approved Family Law Form 12.948(b), Motion for Temporary Order Granting Custodial Responsibility During Deployment. (07/20)

[fill in **all** blanks] This form was prepared for the _____ Petitioner _____ Respondent.

This form was completed with the assistance of:

*{name of individual}* _____,

*{name of business}* _____,

*{address}* _____,

*{city}* _____,*{state}* _____, *{zip code}*_____, *{telephone number}*

Florida Supreme Court Approved Family Law Form 12.948(b), Motion for Temporary Order Granting Custodial Responsibility During Deployment. (07/20)

- 25 -

IN THE CIRCUIT COURT OF THE_____JUDICIAL CIRCUIT

IN AND FOR _____COUNTY, FLORIDA

Case No.: _____

Division: _____

_____,

Petitioner,

and

_____,

Respondent.

# ORDER GRANTING TEMPORARY CUSTODIAL RESPONSIBILITY DURING DEPLOYMENT

THIS CAUSE came before this Court on a Motion for Temporary Custodial Responsibility During Deployment. The Court, having reviewed the file, heard the testimony, and being otherwise fully advised, makes these findings of fact and reaches these conclusions of law:

**SECTION I.  FINDINGS**

1. The Court has jurisdiction over the subject matter and the parties, including jurisdiction pursuant to the Uniform Child Custody Jurisdiction and Enforcement Act.

2. Entry of this Order is not prohibited by the Servicemembers Civil Relief Act, 50, U.S.C. ss. 3901-4043.

3. The last order establishing or modifying parental responsibility, visitation, or time-sharing was entered on _____.

Florida Supreme Court Approved Family Law Form 12.948(c), Order Granting Custodial Responsibility During Deployment. (07/20)

4. **The parties' dependent or minor children are:**

| Name | Birth date |
|------|------------|

_____

_____

_____

_____

_____

_____.

## SECTION II: DEPLOYMENT

1. _____ is being deployed for a period of less than 18 months pursuant to uniformed service orders.

2. A Notice of Deployment was provided to the Other Parent on_____.

3. To the extent it is permissible to provide this information, the destination of the deployment is:
   _____
   _____.

4. To the extent it is permissible to provide this information, the anticipated duration of the deployment is: _____.

5. To the extent that it is permissible to provide this information, the conditions of the deployment are _____
   _____
   _____.

## SECTION III: TEMPORARY CARETAKING AUTHORITY, DECISIONMAKING AUTHORITY, CONTACT WITH CHILDREN BETWEEN PARENTS

The parties:

_____ Have filed an Agreement for Temporary Custodial Responsibility During Deployment which is in the best interests of the children and is adopted by the Court. A copy of the Agreement is attached as Exhibit _____. The parties, and all those who signed the Agreement, are ordered to comply with terms of the Agreement.

**OR**

Florida Supreme Court Approved Family Law Form 12.948(c), Order Granting Custodial Responsibility During Deployment. (07/20)

- 27 -

_____Have **NOT** filed an Agreement for Temporary Custodial Responsibility During Deployment. Until this Order terminates pursuant to Section VII, the parents shall comply with the following, which is in the children's best interest:

**1. Caretaking Authority**:

Deploying Parent:_____

_____

_____

Other Parent: _____

_____

_____.

**2. Decisionmaking Authority**:

Deploying Parent: _____

_____

_____.

Other Parent: _____

_____

_____

_____.

**3. Contact with Children-Deploying Parent**

a. During Deployment:

i. Frequency:_____

_____

_____;

ii. Duration:_____

_____

_____;

iii. Means, Including Electronic:_____

_____

_____

_____

_____;

iv. Role of Other Parent in Facilitating Contact:_____

_____

_____

_____;

v. Role of Agreed Nonparent in Facilitating Contact:_____

Florida Supreme Court Approved Family Law Form 12.948(c), Order Granting Custodial Responsibility During Deployment. (07/20)

- 28 -

_____
_____;

      vi.  Allocation of Any Costs of Contact:_____

_____
_____
_____.


b.  While on leave or is otherwise available: _____

_____

_____

_____.

c.  After deployment ends and until termination of order:

_____

_____

_____

_____.


**4. Contact with Children-Other Parent**

_____
_____
_____
_____.


**SECTION IV: NONPARENT-TEMPORARY CARETAKING AUTHORITY, DECISIONMAKING AUTHORITY, CONTACT WITH CHILDREN**


A. The parties:

_____    Have filed an Agreement for temporary caretaking authority, decisionmaking authority and contact by the Nonparent. The Agreement is in the best interests of the children and is adopted by the Court. Until this Order is terminated pursuant to Section VII, the parties, and all who signed the Agreement, are ordered to comply with the terms of the Agreement.


    **OR**

Florida Supreme Court Approved Family Law Form 12.948(c), Order Granting Custodial Responsibility During Deployment. (07/20)

- 29 -

_____ Have **NOT** reached an Agreement for temporary caretaking authority, decisionmaking authority, and/or contact with the children

B.  The Court:

_____ Finds that it is NOT in the children's best interest to establish caretaking authority, decisionmaking authority, or contact with the children by any Nonparent.

**OR**

_____ Finds that it is in the children's best interest to establish caretaking authority, decisionmaking authority, and/or contact with the children by Nonparent(s), _____ who is _____ an adult family member of the child, or _____ an adult who is not a family member but a person with whom the children have a close and substantial relationship.

The full legal name, street address, telephone number, and e-mail address of the Nonparent(s) is: _____

_____

_____.

The children's street address shall not be changed without notification to the Court and all parties disclosing the new address and contact information.

Until this Order terminates pursuant to Section VII, the parties and the Nonparent(s) shall comply with the following:

**1. Caretaking Authority *{If Applicable}***

The Court finds caretaking authority by the Nonparent is in the best interest of the children. If the Nonparent is an adult who is not a family member, but a person with whom the children have a close and substantial relationship, the best interest of the children has been established by clear and convincing evidence.
*{Specific Findings}*: _____
_____
_____
_____.
The Nonparent(s) shall have caretaking authority as follows: _____
_____
_____
_____.

Florida Supreme Court Approved Family Law Form 12.948(c), Order Granting Custodial Responsibility During Deployment. (07/20)

- 30 -

The caretaking authority does not exceed the amount of time granted to the Deploying Parent under a permanent custody order. In the absence of a permanent custody order currently in effect, the caretaking authority does not exceed amount of time the Deploying Parent habitually cared for the child(ren) before being notified of deployment. Additional travel time may be added if necessary to transport the children.

**2. Decisionmaking Authority** *{If Applicable}*

If due to the operational constraints of the deployment, the Deploying Parent is unable to exercise decisionmaking authority, the Court finds that it is in the best interest of the children that the Nonparent(s) exercise the following decisionmaking authority. If the Nonparent(s) is an adult who is not a family member, but a person with whom the children has/have a close and substantial relationship, the best interest of the children has been established by clear and convincing evidence.

*{Specific Findings}*:_____
_____
_____
_____.
The specific decisionmaking powers are: _____
_____
_____
_____.
The duration of the decisionmaking powers is: *{Cannot exceed the length of time in which the Deploying Parent is unable to exercise decision making authority}* _____
_____.

**3. Contact** *{If Applicable}*

The Court finds that it is in the best interest of the children for the Nonparent to have contact as follows. If the Nonparent is an adult who is not a family member with whom the child has a close and substantial relationship, the best interest of the children has been established by clear and convincing evidence.
*{Specific Findings}*: _____
_____
_____
_____.

Nonparent contact is as follows:_____
_____
_____
_____.

Florida Supreme Court Approved Family Law Form 12.948(c), Order Granting Custodial Responsibility During Deployment. (07/20)

- 31 -

**SECTION V.  CHILD SUPPORT**

1.  The Court has jurisdiction under the Uniform Interstate Family Support Act.

2.  There _____ is _____ is **not** an existing child support obligation. _____ (Obligor) is currently ordered to pay _____ (Obligee) child support in the amount of $_____every *{specify week, every two weeks, month, or other}* _____.

3.  **Temporary Modification of Child Support.**

    a.  _____ The Court **does not** modify the existing child support obligation.

    b.  _____The  current obligation to pay child support is:
        _____ Abated

        _____ Suspended

        _____ Reduced to $_____ per *{specify week, every two weeks, month, or other}*
        _____ until
        such time as the custody judgment or time-sharing order previously in effect is reinstated.

    c.  _____The Court finds that there is a need for temporary establishment or modification of child support and that _____ (Obligor) has the present ability to pay child support.

    d. _____ The amounts in the attached Child Support Guidelines Worksheet, Florida Family Law Rules of Procedure Form 12.902(e), are correct.

    **OR**

    _____The Court makes the following findings:
    Obligor's net monthly income is $_____, (Child Support Guidelines _____ %).

    Obligee's net monthly income is $_____, (Child Support Guidelines_____ %).

    Monthly childcare costs are $_____.

    Monthly health/dental insurance costs for the child(ren) are $_____.

4.  **Amount.**
    Temporary child support of $_____per month for the _____children *{total number of parties' minor or dependent children* shall be paid commencing _____ {month, day, year}* and terminating _____ {month, day, year}.* Child support shall be paid in the amount of $_____ per _____ {week, month, other}* which is consistent with the Obligor's current payroll cycle.

Florida Supreme Court Approved Family Law Form 12.948(c), Order Granting Custodial Responsibility During Deployment. (07/20)

- 32 -

The Court establishes the following conditions regarding child support:

_____

_____

_____.

If the child support ordered deviates from the guidelines by more than 5%, the factual findings

which support that deviation are: _____

_____

_____.

5. **Place of Payment.**

a. _____Obligor shall pay court-ordered support directly to either the State Disbursement Unit or the central depository, as required by statute, along with any fee required by statute.

   **OR**

b. _____Both parties have requested and the Court finds that it is in the best interests of the children that support payments need not be directed through either the State Disbursement Unit or the central depository at this time; however, either party may subsequently apply, pursuant to section 61.13(1)(d)3, Florida Statutes, to require payments through the State Disbursement Unit or the central depository.

6. **Income Deduction.**

a. _____**Immediate.** Obligor shall pay through income deduction, pursuant to a separate Income Deduction Order which shall be effective immediately. Obligor is individually responsible for paying his/her support obligation until all said support is deducted from his/her income. Until support payments are deducted from Obligor paycheck, he or she is responsible for making timely payments directly to the State Disbursement Unit or the Obligee, as previously set forth in this order.

b. _____**Deferred.** Income deduction is ordered this day, but it shall not be effective until a delinquency of $_____, or, if not specified, an amount equal to one month's obligation occurs. Income deduction is not being implemented immediately based on the following findings: Income deduction is **not** in the best interests of the child(ren) because: *{explain}*

_____

_____

Florida Supreme Court Approved Family Law Form 12.948(c), Order Granting Custodial Responsibility During Deployment. (07/20)

- 33 -

**AND**

_____ There is proof of timely payment of a previously ordered obligation without an Income Deduction Order,

**AND**

_____ There is an agreement by the Obligor to advise the Title IV-D agency, clerk of court and Obligee of any change in Payor and/or health insurance

**OR**

_____there is a signed written agreement providing an alternative arrangement between the Obligor and the Obligee  and, at the option of the IV-D agency, by the IV-D agency in IV-D cases in which there is an assignment of support rights to the state, reviewed and entered in the record by the court.

c. Other provisions relating to child support**:** _____

_____

_____.

**SECTION VI: INSURANCE**

1. _____ The Court does not change the previously established insurance provisions.

2. _____ The Deploying Parent shall enroll the children as military dependent(s) with DEERS, TriCare, or other similar benefits available to military dependents as provided by the Deploying Parent's branch of service**.**

3. _____Reasonable and necessary **uninsured medical/dental/prescription drug costs** for the minor children shall be assessed as follows:
   _____ Shared equally by both parents.

   _____ Prorated according to the child support guideline percentages.

   _____ Other *{explain}*: _____

   _____

   As to these uninsured medical/dental/prescription drug expenses, the party who incurs the expense shall submit a request for reimbursement to the other party within 30 days, and the other party, within 30 days of receipt, shall submit the applicable reimbursement for that expense, according to the schedule of reimbursement set out in this paragraph.

Florida Supreme Court Approved Family Law Form 12.948(c), Order Granting Custodial Responsibility During Deployment. (07/20)

- 34 -

**SECTION VII:  TERMINATION**

This Order is temporary and terminates automatically 30 days after the Deploying Parent gives notice of his/her return from deployment to the Other Parent, unless the parties agree otherwise in writing or in a record, or the Court has already terminated the Order.

**SECTION VIII.  OTHER**

1. **Other Provisions.** _____ _____ _____ _____.

2. The Court reserves jurisdiction to modify and enforce this Order Granting Temporary Custodial Responsibility During Deployment.

3. Unless specifically modified by this Order, the provisions of all final judgments or orders in effect remain the same.

**ORDERED** at _____, Florida, on _____.

_____
CIRCUIT JUDGE

Florida Supreme Court Approved Family Law Form 12.948(c), Order Granting Custodial Responsibility During Deployment. (07/20)

- 35 -

**CERTIFICATE OF SERVICE**

I certify that a copy of this Order Granting Temporary Custodial Responsibility During Deployment was _____ mailed _____ faxed and mailed _____ e-mailed _____hand-delivered to the parties and any entities listed below on {*date*}_____.


_____
by *{clerk of court or designee}*


_____Petitioner (or his or her attorney)

_____Respondent (or his or her attorney)

_____Nonparent (if applicable)

_____Central Depository

_____State Disbursement Unit

_____Other: _____

Florida Supreme Court Approved Family Law Form 12.948(c), Order Granting Custodial Responsibility During Deployment (07/20)

- 36 -

# INSTRUCTIONS FOR FLORIDA SUPREME COURT APPROVED FAMILY LAW FORM 12.948(d)
## MOTION TO MODIFY OR TERMINATE TEMPORARY GRANT OF CUSTODIAL RESPONSIBILITY OR LIMITED CONTACT DURING DEPLOYMENT
## (07/20)

## When should this form be used?

This form should be used when you are asking the court to modify or terminate a temporary grant of custodial responsibility during deployment. The Motion must be consistent with the Servicemembers Civil Relief Act, 50 U.S.C. ss. 3902-4043. The Motion may be filed by the **Deploying Parent,** the **Other Parent,** or any **Nonparent** who was granted caretaking authority. A temporary grant of custodial modification or limited contact, and any modification, is temporary and terminates 30 days after the Deploying Parent gives notice of his/her return from deployment to the Other Parent, unless the temporary grant of custodial responsibility or limited contact has been terminated before that time by court order

This form should be typed or printed in black ink. After completing this form, you should sign the form before a **notary public** or **deputy clerk**. A military member may sign before a military officer authorized to administer oaths. You should **file** the Motion in the case where the Order Granting Temporary Custodial Responsibility During Deployment was entered. You should file the original with the **clerk of the circuit court** and keep a copy for your records.

## IMPORTANT INFORMATION REGARDING E-FILING

The Florida Rules of Judicial Administration now require that all petitions, pleadings, and documents be filed electronically except in certain circumstances. **Self-represented litigants may file petitions or other pleadings or documents electronically; however, they are not required to do so.** If you choose to file your pleadings or other documents electronically, you must do so in accordance with Florida Rule of Judicial Administration 2.525, and you must follow the procedures of the judicial circuit in which you file. **The rules and procedures should be carefully read and followed.**

## What should I do next?

For your case to proceed, you must certify that you have sent a copy of the Motion to all the other parties, including any Nonparty granted caretaking authority. If you have filed all of the required papers, you may contact the clerk of court, family law intake staff or the judicial assistant to set a hearing. You must notify the other party(ies) of the hearing by using a **Notice of Hearing**

Instructions for Florida Supreme Court Approved Family Law Form 12.948(d), Motion to Modify or Terminate Temporary Grant of Custodial Responsibility or Limited Contact During Deployment (07/20)

- 37 -

**(General)**, Florida Supreme Court Approved Family Law Form 12.923, or other appropriate notice of hearing form.

## Where can I look for more information?

**Before proceeding, you should read "General Information for Self-Represented Litigants" found at the beginning of these forms.** The words that are in **"bold underline"** in these instructions are defined there. For further information, see sections 61.703-61.773, Florida Statutes.

## IMPORTANT INFORMATION REGARDING E-SERVICE ELECTION

After the initial service of process of the petition or supplemental petition by the Sheriff or certified process server, the Florida Rules of Judicial Administration now require that all documents required or permitted to be served on the other party must be served by electronic mail (e-mail) except in certain circumstances. **You must strictly comply with the format requirements set forth in the Rules of Judicial Administration.** If you elect to participate in electronic service, which means serving or receiving pleadings by electronic mail (e-mail), or through the Florida Courts E-Filing Portal, you **must** review Florida Rule of Judicial Administration 2.516. You may find this rule at www.flcourts.org through the link to the Rules of Judicial Administration provided under either Family Law Forms: Getting Started, or Rules of Court in the A-Z Topical Index.

**SELF-REPRESENTED LITIGANTS MAY SERVE DOCUMENTS BY E-MAIL; HOWEVER, THEY ARE NOT REQUIRED TO DO SO.** If a self-represented litigant elects to serve and receive documents by e-mail, the procedures must always be followed once the initial election is made.

To serve and receive documents by e-mail, you must designate your e-mail addresses by using the **Designation of Current Mailing and E-mail Address**, Florida Supreme Court Approved Family Law Form 12.915, and you must provide your e-mail address on each form on which your signature appears. Please **CAREFULLY** read the rules and instructions for: **Certificate of Service (General),** Florida Supreme Court Approved Family Law Form 12.914; **Designation of Current Mailing and E-mail Address**, Florida Supreme Court Approved Family Law Form 12.915; and Florida Rule of Judicial Administration 2.516.

## Special notes

**Nonlawyer.** Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of a **Disclosure from Nonlawyer**, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms also **must** put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.

Instructions for Florida Supreme Court Approved Family Law Form 12.948(d), Motion to Modify or Terminate Temporary Grant of Custodial Responsibility or Limited Contact During Deployment (07/20)

- 38 -

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT,

IN AND FOR _____ COUNTY, FLORIDA

Case No.: _____

Division: _____

_____,

Petitioner,

and

_____,

Respondent.

# MOTION TO MODIFY OR TERMINATE TEMPORARY GRANT OF CUSTODIAL RESPONSIBILITY OR LIMITED CONTACT DURING DEPLOYMENT

I, *{full legal name}* _____,
being sworn, certify that the following information is true:

1.  I am the _____ Deploying Parent _____ Other Parent
    _____ Nonparent granted caretaking authority or limited contact.

2.  On *{date}* _____ the Court entered an Order Granting Temporary Custodial Responsibility During Deployment.  The Order _____ did _____ did not adopt an Agreement Granting Temporary Custodial Responsibility During Deployment.

3.  The Order Granting Temporary Custodial Responsibility During Deployment _____has _____ has not been modified since its entry.

4.  Paragraph(s) _____ of the most recent order, entered _____, describes the present caretaking authority, decisionmaking authority, and any grant of limited contact with the children. A copy of the most recent order is attached.

5.  I ask the Court to: *{Choose only one}*

Florida Supreme Court Approved Family Law Form 12.948(d), Motion to Modify or Terminate Temporary Grant of Custodial Responsibility or Limited Contact During Deployment (07/20)

_____ Terminate the Order Granting Temporary Custodial Responsibility During Deployment

_____ Modify the Order Granting Temporary Custodial Responsibility During Deployment, as follows: *{explain}* _____

_____

_____

_____

_____

_____ .

6. The termination or modification of the Order Granting Temporary Custodial Responsibility During Deployment is in the best interest of the child(ren) because: *{explain}*

_____

_____

_____

_____

7. The modification is temporary and terminates 30 days after the Deploying Parent gives notice of his/her return from Deployment to the Other Parent, unless the parties agree otherwise in writing, or the temporary grant of custodial responsibility has already been terminated by court order.

8. Other:

_____

_____

_____

_____

Florida Supreme Court Approved Family Law Form 12.948(d), Motion to Modify or Terminate Temporary Grant of Custodial Responsibility or Limited Contact During Deployment (07/20)

- 40 -

**CERTIFICATE OF SERVICE**

I certify that a copy of this Motion to Modify or Terminate Temporary Grant of Custodial Responsibility or Limited Contact to Nonparent During Deployment was _____ mailed _____ faxed and mailed _____e-mailed _____hand-delivered to the parties and any entities listed below on *{date}*_____.

_____

*{Signature}*

**Deploying Parent or his/her attorney**

Name_____

Address: _____

City, State, Zip: _____

Fax Number: _____

Designated E-Mail Address(es) _____

_____

**Other Parent or his/her attorney**

Name_____

Address: _____

City, State, Zip: _____

Fax Number: _____

Designated E-Mail Address(es) _____

_____

**Nonparent or his/her attorney**

Name_____

Address: _____

City, State, Zip: _____

Fax Number: _____

Designated E-Mail Address(es) _____

_____

Florida Supreme Court Approved Family Law Form 12.948(d), Motion to Modify or Terminate Temporary Grant of Custodial Responsibility or Limited Contact During Deployment (07/20)

**I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this motion and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

Dated: _____

_____
Signature of Deploying Parent

Printed Name: _____

Address: _____

City, State, Zip: _____

Telephone Number: _____

Fax Number: _____

Designated E-mail Address(es):_____

_____

STATE OF FLORIDA

COUNTY OF _____

Sworn to or affirmed and subscribed before me by means of _____ physical presence or

_____ online notarization this _____ day of _____, {year} _____by

*{name of person making statement}* _____.

_____
NOTARY PUBLIC, DEPUTY CLERK. or MILITARY OFFICER AUTHORIZED TO ADMINISTER OATHS

_____
*{Print, type, or stamp commissioned name of notary}*

_____ Personally known

_____ Produced identification

Type of identification produced _____

Florida Supreme Court Approved Family Law Form 12.948(d), Motion to Modify or Terminate Temporary Grant of Custodial Responsibility or Limited Contact During Deployment (07/20)

- 42 -

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**

[fill in **all** blanks] This form was prepared for the _____Petitioner _____Respondent _____Nonparent.

This form was completed with the assistance of:

*{name of individual}* _____,

*{name of business}* _____,

*{address}* _____,

*{city}*_____,*{state}* _____,*{zip code}*_____, *{telephone number)*_____.

Florida Supreme Court Approved Family Law Form 12.948(d), Motion to Modify or Terminate Temporary Grant of Custodial Responsibility or Limited Contact During Deployment (07/20)

# INSTRUCTIONS FOR FLORIDA SUPREME COURT APPROVED FAMILY LAW FORM 12.948(e), AGREEMENT TO TERMINATE ORDER GRANTING TEMPORARY CUSTODIAL RESPONSIBILITY DURING DEPLOYMENT (07/20)

## When should this form be used?

This form may be filed after a **Deploying Parent** returns from deployment and the Deploying Parent and the Other Parent seek to terminate an Order Granting Temporary Custodial Responsibility or an Agreement Granting Temporary Custodial Responsibility During Deployment**.** If the Deploying Parent and Other Parent choose not to file this form, any order granting or modifying temporary custodial responsibility during deployment automatically terminates 30 days after the Deploying Parent gives notice of his/her return from deployment to the Other Parent unless the parties have agreed otherwise in writing or in a record, or the order has been terminated by court order.

If the Deploying Parent and Other Parent choose not to file this form, any order granting or modifying temporary custodial responsibility during deployment automatically terminates 30 days after the Deploying Parent gives notice of his/her return from deployment to the Other Parent, unless the parties have agreed otherwise in writing or in a record, or the order has been terminated by the court.

This form should be typed or printed in black ink. After completing this form, you should **file** the original with the clerk of the circuit court in the county where the Order Granting Temporary Custodial Responsibility was entered and keep a copy for your records.

If you have filed all of the required papers, you may contact the clerk of court, family law intake staff or the judicial assistant to set a hearing.  You must notify the other party(ies) of the hearing by using a **Notice of Hearing (General)**, Florida Supreme Court Approved Family Law Form 12.923, or other appropriate notice of hearing form.  The court will then enter an order after the hearing.

## IMPORTANT INFORMATION REGARDING E-FILING

The Florida Rules of Judicial Administration now require that all petitions, pleadings, and documents be filed electronically except in certain circumstances. **Self-represented litigants may file petitions or other pleadings or documents electronically; however, they are not required to do so.** If you choose to file your pleadings or other documents electronically, you must do so in accordance with Florida Rule of Judicial Administration 2.525, and you must follow the procedures of the judicial circuit in which you file. **The rules and procedures should be carefully read and followed.**

Instructions for Florida Supreme Court Approved Family Law Form 12.948(e), Agreement to Terminate Order Granting Custodial Responsibility During Deployment. (07/20)

- 44 -

## What should I do next?

A copy of this form must be mailed, e-mailed, or hand delivered to the other party, along with a notice of hearing.

## IMPORTANT INFORMATION REGARDING E-SERVICE ELECTION

After the initial service of process of the petition or supplemental petition by the Sheriff or certified process server, the Florida Rules of Judicial Administration now require that all documents required or permitted to be served on the other party must be served by electronic mail (e-mail) except in certain circumstances. **You must strictly comply with the format requirements set forth in the Rules of Judicial Administration.** If you elect to participate in electronic service, which means serving or receiving pleadings by electronic mail (e-mail), or through the Florida Courts E-Filing Portal, you **must** review Florida Rule of Judicial Administration 2.516. You may find this rule at www.flcourts.org through the link to the Rules of Judicial Administration provided under either Family Law Forms: Getting Started, or Rules of Court in the A-Z Topical Index.

SELF-REPRESENTED LITIGANTS MAY SERVE DOCUMENTS BY E-MAIL; HOWEVER, THEY ARE NOT REQUIRED TO DO SO. If a self-represented litigant elects to serve and receive documents by e-mail, the procedures must always be followed once the initial election is made.

To serve and receive documents by e-mail, you must designate your e-mail addresses by using the **Designation of Current Mailing and E-mail Address**, Florida Supreme Court Approved Family Law Form 12.915, and you must provide your e-mail address on each form on which your signature appears. Please **CAREFULLY** read the rules and instructions for: **Certificate of Service (General),** Florida Supreme Court Approved Family Law Form 12.914; **Designation of Current Mailing and E-mail Address**, Florida Supreme Court Approved Family Law Form 12.915; and Florida Rule of Judicial Administration 2.516.

## Where can I look for more information?

**Before proceeding, you should read "General Information for Self-Represented Litigants" found at the beginning of these forms.** The words that are in **"bold underline"** in these instructions are defined there.

For further information, see sections 61.703-61.773, Florida Statutes.

## Special notes

**Nonlawyer**. Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of **Disclosure from Nonlawyer**, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms also **must** put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.

Instructions for Florida Supreme Court Approved Family Law Form 12.948(e), Agreement to Terminate Order Granting Custodial Responsibility During Deployment. (07/20)

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT,

IN AND FOR _____ COUNTY, FLORIDA

Case No.: _____

Division: _____

_____,

Petitioner,

and

_____,

Respondent.

# AGREEMENT TO TERMINATE ORDER GRANTING TEMPORARY CUSTODIAL RESPONSIBILITY DURING DEPLOYMENT

1. We, the Deploying Parent *{full legal name}* _____
   and Other Parent *{full legal name}* _____,
   agree to terminate the Order Granting Temporary Custodial Responsibility During
   Deployment entered on *{date}* _____.

2. The Order Granting Temporary Custodial Responsibility During Deployment shall
   terminate on:

   _____ The following date: _____.

   _____ The date this Agreement is signed by the Deploying Parent and the Other Parent.

Florida Supreme Court Approved Family Law Form 12.948(e), Agreement to Terminate Order Granting Custodial Responsibility During Deployment. (07/20)

**CERTIFICATE OF SERVICE**

We certify that a copy of this document was _____e-mailed _____ mailed _____ faxed and mailed

_____hand-delivered to the person(s) listed below on *{date}* _____.


**NONPARENT (If applicable)**

Name: _____

Address: _____

City, State, Zip: _____

Fax Number: _____

Designated E-mail Address(es): _____

_____

Florida Supreme Court Approved Family Law Form 12.948(e), Agreement to Terminate Order Granting Custodial Responsibility During Deployment. (07/20)

**I certify that I have been open and honest in entering into this Agreement.  I am satisfied with this Agreement and intend to be bound by it.**

Dated: _____          _____

Signature of Deploying Parent

Printed Name: _____

Address: _____

City, State, Zip: _____

Telephone Number: _____

Fax Number: _____

Designated E-mail Address(es):_____

_____

STATE OF FLORIDA

COUNTY OF _____

Sworn to or affirmed and subscribed before me by means of _____ physical presence or

_____ online notarization this _____ day of _____, *{year}* _____ by

*{name of person making statement}* _____.

_____

NOTARY PUBLIC, DEPUTY CLERK, or MILITARY

OFFICER AUTHORIZED TO ADMINISTER OATHS

_____

*[Print, type, or stamp commissioned name of notary.]*

_____     Personally known

_____     Produced identification

_____     Type of identification produced _____

Florida Supreme Court Approved Family Law Form 12.948(e), Agreement to Terminate Order Granting Custodial Responsibility During Deployment. (07/20)

- 48 -

**I certify that I have been open and honest in entering into this Agreement. I am satisfied with this Agreement and intend to be bound by it.**


Dated: _____          _____

                                        Signature of Other Parent

                                        Printed Name: _____

                                        Address: _____
                                        City, State, Zip: _____
                                        Telephone Number: _____
                                        Fax Number: _____
                                        Designated E-mail Address(es):_____

                                        _____


STATE OF FLORIDA

COUNTY OF _____

Sworn to or affirmed and subscribed before me by means of _____ physical presence or

_____ online notarization this _____ day of _____, *{year}* _____ by

*{name of person making statement}* _____.

                                        _____

                                        NOTARY PUBLIC, DEPUTY CLERK, or MILITARY

                                        OFFICER AUTHORIZED TO ADMINISTER OATHS


                                        _____

                                        *[Print, type, or stamp commissioned name of notary.]*


_____   Personally known


_____   Produced identification


_____   Type of identification produced _____


Florida Supreme Court Approved Family Law Form 12.948(e), Agreement to Terminate Order Granting Custodial Responsibility During Deployment. (07/20)

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**

[fill in all blanks] This form was prepared for the: *{choose only **one**}* _____ Petitioner _____Respondent

This form was completed with the assistance of:

*{name of individual}* _____,

*{name of business}* _____,

*{address}* _____,

*{city}* _____, *{state}* _____, *{zip code}* _____, *{telephone number}* _____.

Florida Supreme Court Approved Family Law Form 12.948(e), Agreement to Terminate Order Granting Custodial Responsibility During Deployment. (07/20)